IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01910-PSF-CBS

UNITED STATES OF AMERICA, for the use and benefit of Marquez Constructors, Inc. d/b/a Marquez Mechanical Contractors, Inc.,

    Plaintiff,

v.

TORRES/BRYAN JOINT VENTURE, LLC;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and
ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Defendants.

## ORDER ON DEFENDANTS' MOTION TO STAY ACTION AND COMPEL ARBITRATION

This matter comes before the Court on the motion of Defendants Torres/Bryan Joint Venture, LLC, Travelers Casualty and Surety Company of America, and St. Paul Fire and Marine Insurance Company to stay proceedings in this action and to compel plaintiff to arbitrate its claims, filed October 17, 2006 (Dkt. # 7).  On January 10, 2007, plaintiff filed its response (Dkt. # 15), indicating that it agrees with the relief requested in the motion.

Defendants' Motion to Stay Action and Compel Arbitration is GRANTED in part and DENIED in part.  The motion to compel arbitration is GRANTED.  The motion to stay proceedings pending arbitration is DENIED.  Instead, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE this case, subject to reopening for good

cause shown after the completion of the arbitration, if one is commenced, upon motion by one or more parties and an order granting such reopening.

DATED:  January 30, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge